RECEIVED
APR 2 6 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NATHANIEL SMITH, JR. | CIVIL ACTION 1:18-CV-01176 |
| VERSUS | JUDGE DRELL |
| DELTA FUEL CO., INC. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Delta's Rule 12(b)(1) Motion to Dismiss (Doc. 13) is DENIED.

IT IS ORDERED that Delta's Rule 12(b)(5) Motion to Quash (Doc. 11) is GRANTED.

IT IS ORDERED that Delta's Rule 12(b)(6) Motion to Dismiss the federal claims (Doc. 11) is GRANTED and Smith's federal claims are DISMISSED WITH PREJUDICE.

IT IS ORDERED that Delta's Rule 12(b)(6) Motion to Dismiss the state claims (Doc. 11) is GRANTED and Smith's state claims are DISMISSED WITHOUT PREJUDICE.

IT IS ORDERED that Smith's Rule 12(c) Motion for Judgment on the Pleadings (Doc. 13) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 25th day of April 2019.

_____
JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE